**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| Mary JoAnn Januszkiewicz,<br><br>                    Plaintiff,<br>v.<br><br>Southwest Credit Systems, L.P.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  1:16-cv-00001-RDB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: August 11, 2016

                                                                Respectfully submitted,

                                                                By   */s/ Sergei Lemberg*
                                                                Sergei Lemberg, Esq.
                                                                LEMBERG LAW, L.L.C.
                                                                43 Danbury Road, 3rd Floor
                                                                Wilton, CT 06897
                                                                Telephone: (203) 653-2250
                                                                Facsimile:  (203) 653-3424
                                                                ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                         Sergei Lemberg